UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 
: **ORDER**
:
V. : Criminal No.05-620
:
:
KHALIF BAILEY :

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The guideline offense level in this case is reduced from 21 to 19;

(2) Defendant's sentence is reduced to 51 months from 64 months

(3) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the _21_ day of _April_, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____        _____
ASSISTANT U.S. ATTORNEY                 DEFENSE COUNSEL

The defendant agrees to the reduction of sentence to 51 months and waives the need for any Court appearance.

X _Khalif Bailey_
KHALIF BAILEY