PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Khalif Bailey                                                Cr.: 05-00620-001
                                                                                PACTS Number: 39568

Name of Sentencing Judicial Officer: Honorable Katherine S. Hayden, U.S.D.J.

Date of Original Sentence: 12/07/05

Original Offense: Possession of Heroin With Intent to Distribute (2 counts)

Original Sentence: 64 months imprisonment; 2 years supervised release; $200 special assessment. Special conditions: 1) drug treatment/urinalysis; and 2) DNA collection.

Type of Supervision: Supervised Release                        Date Supervision Commenced: 04/24/08

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges only if/when employment and/or schooling is secured. The defendant shall pay subsistence as required by the program.

## CAUSE

On August 24, 2008, Bailey was arrested by the New Jersey State Police Department after providing false information to an officer during a motor vehicle traffic stop. He was charged with hindering apprehension and numerous motor vehicle infractions. He was released on his own recognizance and the case is pending disposition within Linden Municipal Court.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 10/14/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/17/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges only if/when employment and/or vocational training/schooling is obtained. The defendant shall pay subsistence as required by the program.

Witness: _____          Signed: _____
U.S. Probation Officer                                       Probationer or Supervised Releasee
Joseph Empirio                                               Khalif Bailey

9-30-08
DATE